PROB 12C
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Brien Leroy Watson Jr.  **Case Number:** 4:13-cr-00026

**Name of Sentencing Judicial Officer:** Stephanie M. Rose, U.S. District Judge

**Date of Original Sentence:** March 19, 2014

**Original Offense:** 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B) – Conspiracy To Possess with Intent to Distribute at Least 500 Grams of a Mixture and Substance Containing Cocaine

**Original Sentence:** 60 months imprisonment; 48 months supervised release

**Date Current Supervision Commenced:** August 2, 2019

**Prior Modification(s)/Revocation(s):** September 25, 2017 – 24-houor jail sanction
January 30, 2018 – 48-hour jail sanction
October 22, 2018 – Supervision revoked; 10 months imprisonment, 36 months supervised release
January 7, 2020 – Bridges of Iowa Treatment Program

### PETITIONING THE COURT

☒ To issue a warrant.

☐ To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation | Nature of Noncompliance |
|---|---|
| 1. Unsuccessful Discharge of Treatment Program – Bridges of Iowa | On February 12, 2020, Bridges of Iowa notified the Probation Office that Mr. Watson left the facility in the morning without permission, and he has not returned since. Bridges of Iowa staff members advised the Probation Office that if Mr. Watson were to return to the facility, he would not be accepted back into the program. The offender's current whereabouts are unknown. |

U.S. Probation Officer Recommendation:

The term of supervision should be

- ☒ revoked.
- ☐ extended for … years, for a total term of … years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 12, 2020

by: _____
Alex J. McCune
U.S. Probation Officer

For:

Amy E. Johnson
U.S. Probation Officer

---

The United States Attorney's Office:

- ☒ Does not object to the proposed action.
- ☐ Objects but does not request a formal hearing be set.
- ☐ Objects and will petition the Court requesting that a formal hearing be set.

Jason T. Griess
Assistant United States Attorney

_____
Signature

---

THE COURT ORDERS:

- ☐ No action.
- ☐ The issuance of a warrant.
- ☐ The issuance of a summons so a hearing can be held on _____
at _____.

_____
Signature of Judicial Officer

_____
Date