AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

Received
U.S. Marshals Service
Southern District of Iowa
8:19 am, Feb 13 2020

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Brien Leroy Watson, Jr | ) Case No. | 4:13-cr-00026-SMR-RAW-4 |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Brien Leroy Watson, Jr                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Supervised Release Violation

Date:   02/12/2020

WARRANT ISSUED
JOHN S. COURTER, Clerk
By: *[signature]*
DEPUTY CLERK

City and state:   Des Moines, Iowa

Stephanie M. Rose, U.S. District Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/13/2020, and the person was arrested on *(date)* 4/21/2020
at *(city and state)* Centerville, IA.

Date: 4/21/2020

*[signature]*
Arresting officer's signature

Scott Cannon, DUSM
Printed name and title